USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/9/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

IN RE: TURQUOISE HILL RESOURCES LTD.
SECURITIES LITIGATION

---------------------------------------------------------X

13 **CIVIL** 8846 (LGS)

**JUDGMENT**

Defendants having moved to dismiss the Complaint in its entirety, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on December 16, 2014, having rendered its Opinion and Order granting Defendants' motion to dismiss in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2014, Defendants' motion to dismiss is granted in its entirety.

**Dated:** New York, New York
January 9, 2015

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** ____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____